**Lakeith AMIR–SHARIF,**
**Plaintiff–Appellant,**

v.

**DALLAS COUNTY, TEXAS; Lupe Valdez; Kenneth Mayfield; Steven Bowers, Jail Medical Director; Mike Cantrell, Commissioner Court; Margaret Keliher, Commissioner Court; University of Texas Medical Branch Galveston, Defendants–Appellees.**

**No. 06–10967**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 28, 2007.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Lakeith Amir–Sharif filed the instant 42 U.S.C. § 1983 suit to seek redress for acts that occurred while he was incarcerated in the Dallas County Jail. The district court dismissed his suit as frivolous and denied his request to proceed in forma pauperis (IFP) on appeal. Amir–Sharif now seeks authority from this court to proceed IFP on appeal. He also requests appointed counsel for appeal.

■ Amir–Sharif has failed to show that the district court erred by determining that he has not raised a viable claim against any of the named defendants. Amir–Sharif thus has not established that he will raise a nonfrivolous issue on appeal, so his motion requesting IFP status is DENIED. See Carson v. Polley, 689 F.2d 562, 586 (5th Cir.1982). All other outstanding motions are likewise DENIED, and this appeal is DISMISSED as FRIVOLOUS.

■ Amir–Sharif has filed several other actions that have been dismissed as frivolous. He is hereby WARNED that he is likely to be sanctioned if he continues to file meritless pleadings. See Coghlan v. Starkey, 852 F.2d 806, 817 (5th Cir.1988). These sanctions could include, but are not limited to, dismissal, monetary imposts, and restrictions on his entitlement to file

Lakeith Amir–Sharif, Dallas, TX, pro se.

---

pleadings in this court and any court subject to this court's jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.